UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLE KAY JACKSON,<br>Plaintiff,<br>v.<br>FEDEX CORPORATION,<br>Defendant. | No. 2:25-cv-03460-DC-SCR<br><br><u>ORDER RELATING AND REASSIGNING CASE</u> |
| ANTHONY MASINAS,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | No. 2:26-cv-01938-TLN-CKD<br>**New Case No. 2:26-cv-01938-DC-SCR** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the district judge with the lowest numbered case to order the reassignment of

any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 2:26-cv-01938-TLN-CKD is reassigned to the undersigned and Magistrate Judge Sean C. Riordan. The caption on documents filed in the reassigned case shall be shown as: 2:26-cv-01938-DC-SCR.

It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge